

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In the Matter of trust A and trust C. Established under the Bernard L., and Jeannette Fenenbock Living Trust Agreement, Dated March 12, 2008., | § | No. 08-19-00071-CV |
| | § | Appeal from the |
| | § | Probate Court No. 2 |
| Appellant. | § | of El Paso County, Texas |
| | § | (TC# 2017-CPR00674) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the reply brief until **October 21, 2019**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Marcy Hogan Greer, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before October 21, 2019.

IT IS SO ORDERED this 14th day of October, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.